UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 04-11380-WGY<br>(Lead Action) |
| LAWRENCE W. BUNCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>W. R. GRACE & CO., ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 05-11602-WGY<br>(Consolidated Action) |

## MOTION TO ADMIT ROBERT N. ECCLES, GARY S. TELL AND ARTHUR W.S. DUFF OF O'MELVENY & MYERS LLP *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel respectfully moves that Robert N. Eccles, Gary S. Tell, and Arthur W.S. Duff of Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, D.C. 20006 be admitted to appear before the Court on behalf of defendant Fidelity Management Trust Co. in this action. The affidavits required by Local Rule 93.5.3(b) are attached hereto.

~BOST1:404739.v1
358576-1

Respectfully submitted,

FIDELITY MANAGEMENT TRUST CO.

/s/ John A.D. Gilmore
John A.D. Gilmore (BBO #193060)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
Tel. (617) 406-6000
Fax (617) 406-6100
Email: john.gilmore@dlapiper.com

Dated: January 20, 2006

CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on January 20, 2006, I caused a true copy of the above document to be served via first-class mail, postage prepaid upon counsel of record.

/s/ John A.D. Gilmore
John A.D. Gilmore

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN F. AKERS, ET AL., <br><br> Defendants. | CIVIL ACTION <br> NO. 04-11380-WGY |
| LAWRENCE W. BUNCH, <br><br> Plaintiff, <br><br> v. <br><br> W. R. GRACE & CO., ET AL., <br><br> Defendants. | CIVIL ACTION <br> NO. 05-11602-WGY <br> (Consolidated Action) |

### AFFIDAVIT OF ROBERT N. ECCLES

I, Robert N. Eccles, being duly sworn, hereby depose and state as follows:

1. I am a partner at the law firm of O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, D.C. 20006.

2. I am an active member in good standing of the Bar of the District of Columbia and am a member of the bar in good standing in every jurisdiction in which I have been admitted and there are no disciplinary proceedings pending against me in any jurisdiction.

3. I seek to be admitted *pro hac vice* for defendant Fidelity Management Trust Co.

~BOST1:404715.v1
358576-1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAIN OF PERJURY THIS 20th day of January, 2006.

_____
Robert N. Eccles

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 04-11380-WGY |
| LAWRENCE W. BUNCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>W. R. GRACE & CO., ET AL.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 05-11602-WGY<br>(Consolidated Action) |

### AFFIDAVIT OF GARY S. TELL

I, Gary S. Tell, being duly sworn, hereby depose and state as follows:

1. I am a partner at the law firm of O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, D.C. 20006.

2. I am an active member in good standing of the Bar of the District of Columbia and am a member of the bar in good standing in every jurisdiction in which I have been admitted and there are no disciplinary proceedings pending against me in any jurisdiction.

3. I seek to be admitted *pro hac vice* for defendant Fidelity Management Trust Co.

~BOST1:404714.v1

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAIN OF PERJURY THIS 20 day of January, 2006.

_Gary S. Tell_
Gary S. Tell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN F. AKERS, ET AL.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-11380-WGY |
| LAWRENCE W. BUNCH,<br><br>    Plaintiff,<br><br>v.<br><br>W. R. GRACE & CO., ET AL.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-11602-WGY<br>(Consolidated Action) |

## AFFIDAVIT OF ARTHUR W.S. DUFF

I, Arthur W.S. Duff, being duly sworn, hereby depose and state as follows:

1. I am an associate at the law firm of O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, D.C. 20006.

2. I am an active member in good standing of the Bar of the District of Columbia and am a member of the bar in good standing in every jurisdiction in which I have been admitted and there are no disciplinary proceedings pending against me in any jurisdiction.

3. I seek to be admitted *pro hac vice* for defendant Fidelity Management Trust Co.

~BOST1:404716.v1
358576-1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAIN OF PERJURY THIS 20 day of January, 2006.

*Arthur W.S. Duff*
Arthur W.S. Duff