UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-11380-WGY**
05-11602-WGY

LAWRENCE W. BUNCH,
JERRY L. HOWARD,SR.
DAVID MUELLER and OTHER SIMILARLY
SITUATED PERSONS
Plaintiff

v.

W.R.GRACE & CO.,
STATE STREET BANK and TRUST CO,
ROBERT M. TAROLA, W.R. GRACE
INVESTMENT and BENEFITS COMMITTEE
JOHN F. AKERS, THOMAS A. VANDERSLICE
RONALD C. CAMBRE, JOHN J. MURPHY,
FRED E. FESTA, PAUL J. NORRIS,
MARYE ANNE FOX and H. FURLONG BALDWIN
Defendants

JUDGMENT

This action came before the Court for a Hearing on Cross Motions for Summary Judgment. The issues have been heard and the Court Orders Judgment to enter for the Defendants.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS.**

                        **Sarah A. Thornton**
                        **Clerk**


                        **/s/ Elizabeth Smith**
                        **Deputy Clerk**

**January 31, 2008**
**To: All Counsel**